

THE LAW OFFICES OF
JUDITH VARGAS

December 9, 2024

**Via ECF**
Honorable Katherin Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



*United States v. Marc Buckner,* 24-Cr-380 (KPF)
Request to Travel out of Jurisdiction to Visit Parents During Holidays

Honorable Judge Failla:

    I write this letter on consent to respectfully request this Honorable Court's authorization for Mr. Buckner to travel for the Christmas holidays to visit his parents in Texas. Mr. Buckner's father remains in ill health and Mr. Buckner is eager to see him.

    Mr. Buckner was sentenced by this Honorable Court on October 18, 2024 to nine months imprisonment. The Court allowed Mr. Buckner a delayed release date of April 11, 2024, in order for Mr. Buckner to get his affairs in order and to care for his son after his son's spinal surgery. Mr. Buckner would travel with his two children from December 21 through December 31, 2024 and they would stay with Mr. Buckner's parents in Denton, Texas. I have spoken with Mr. Buckner's USPO, Mr. Dempsey, and he states that Mr. Buckner remains fully compliant with all pretrial conditions and that he has no objection to this request. The government also has no objection to this request.

    I thank the Court in advance for its consideration of this matter.

    Respectfully,

    *s/ Judith Vargas*
    Judith Vargas, Esq.

cc: AUSA Jacob Fiddelman; USPO J.J. Dempsey, via ECF

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com

Application GRANTED.  The Court extends its best wishes to Mr. Buckner and his parents during this holiday season.

The Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated:    December 10, 2024          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE