UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Judgment Creditor,<br><br>   v.<br><br>MARC BUCKNER,<br><br>       Judgment Debtor,<br>and<br><br>THE CITY OF NEW YORK DEFERRED COMPENSATION PLAN,<br><br>       Third-Party Respondent. | No. 24 CR 380 (KPF)<br><br>**TURNOVER ORDER** |

  WHEREAS, the Court entered judgment against MARK BUCKNER and ordered him to pay $25,000 in restitution to the victim of his crime;

  WHEREAS, as of August 28, 2025, Buckner has not made any restitution payments, and his outstanding balance, including interest accrued at the rate of 4.26%, is $25,952.78 plus or $2.92 per diem thereafter;

  WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Buckner, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

  WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the City of New York Deferred Compensation Plan ("NYCDCP") for substantial nonexempt property belonging or due to Buckner;

  WHEREAS, on August 20, 2025, NYCDCP answered that it holds approximately $160,230, subject to market fluctuation, in a 457 Plan account belonging to Buckner;

WHEREAS the United States served Buckner with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

WHEREAS Buckner has a substantial nonexempt interest in the funds held by NYCDCP, to which the criminal judgment lien has attached, and the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that NYCDCP shall liquidate securities as needed to pay to the Clerk of Court the sum certain amount of $25,997 from the nonexempt 457 Plan account it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, MARC BUCKNER. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (affirming garnishment of retirement funds, holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 380" written on the face of the payment and mailed to:

> United States District Court
> 500 Pearl Street, Room 120
> New York, New York 10007
> Attn: Cashier

Dated: New York, New York
September 22, 2025

SO ORDERED

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate the pending motion at docket entry 40.